# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, § § § § <br><br> Plaintiff, § § <br><br> v. § § <br> MICROSOFT CORPORATION, § § <br><br> Defendant. § | CIVIL ACTION NO. 6:20-cv-458-ADA <br><br> **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, WSOU Investments, LLC d/b/a Brazos Licensing and Development, files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following: WSOU Investments, LLC is a private corporation whose parent is WSOU Holdings, LLC. Neither entity is public traded.

Dated: June 4, 2020    Respectfully submitted,

    */s/ James L. Etheridge*

    James L. Etheridge
    Texas State Bar No. 24059147
    Ryan S. Loveless
    Texas State Bar No. 24036997
    Travis L. Richins
    Texas State Bar No. 24061296

    ETHERIDGE LAW GROUP, PLLC
    2600 E. Southlake Blvd., Suite 120 / 324
    Southlake, Texas 76092
    Telephone: (817) 470-7249
    Facsimile: (817) 887-5950
    Jim@EtheridgeLaw.com
    Ryan@EtheridgeLaw.com
    Travis@EtheridgeLaw.com

    ***COUNSEL FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on June 4, 2020.

*/s/ James L. Etheridge*

James L. Etheridge