# EXHIBIT A

**From:** Jim Etheridge
**To:** Barry Shelton
**Cc:** Jim Etheridge; Ryan Loveless
**Subject:** WSOU v. Microsoft
**Date:** Thursday, July 16, 2020 5:58:58 PM

Barry,

Unfortunately, WSOU does not consent to an additional 4-6 week delay for Microsoft to answer or otherwise respond.
Any further delay will likely prejudice WSOU in the event that Microsoft files petitions for IPRs.

Cordially,
Jim

**From:** Barry Shelton <bshelton@sheltoncoburn.com>
**Sent:** Wednesday, July 15, 2020 5:31 PM
**To:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>
**Cc:** Elise Freeland <elise@etheridgelaw.com>
**Subject:** RE: WSOU Investments v. Microsoft

Thanks, Jim.

Barry

**From:** Jim Etheridge <jim@etheridgelaw.com>
**Sent:** Wednesday, July 15, 2020 5:29 PM
**To:** Barry Shelton <bshelton@sheltoncoburn.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>
**Cc:** Elise Freeland <elise@etheridgelaw.com>; Jim Etheridge <jim@etheridgelaw.com>
**Subject:** RE: WSOU Investments v. Microsoft

Barry,

I am checking with the client and expect to be able to respond tomorrow.

Cordially,
Jim

**From:** Barry Shelton <bshelton@sheltoncoburn.com>
**Sent:** Wednesday, July 15, 2020 3:38 PM
**To:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis

Richins <travis@etheridgelaw.com>
**Cc:** Elise Freeland <elise@etheridgelaw.com>
**Subject:** RE: WSOU Investments v. Microsoft

Jim,

Can I get WSOU's position on the requested extension?

Regards,

Barry

**From:** Barry Shelton
**Sent:** Monday, July 13, 2020 2:50 PM
**To:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>
**Cc:** Elise Freeland <elise@etheridgelaw.com>
**Subject:** RE: WSOU Investments v. Microsoft

Jim,

Can Microsoft get another 4-6 week extension to the deadline to answer or otherwise respond?

Regards,

Barry

**From:** Jim Etheridge <jim@etheridgelaw.com>
**Sent:** Friday, June 5, 2020 11:51 AM
**To:** Barry Shelton <bshelton@sheltoncoburn.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>
**Cc:** Elise Freeland <elise@etheridgelaw.com>; Jim Etheridge <jim@etheridgelaw.com>
**Subject:** RE: WSOU Investments v. Microsoft

Barry,

Please find attached the summons issued for the WSOU v Microsoft cases.  We understand the answer date will be 60 days later, which I calculate as Monday, August 3, 2020.  Please confirm and thank you for reaching out.

Look forward to working with you.

Jim

**From:** Jim Etheridge <jim@etheridgelaw.com>
**Sent:** Thursday, June 4, 2020 8:50 AM
**To:** Barry Shelton <bshelton@sheltoncoburn.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>
**Cc:** Elise Freeland <elise@etheridgelaw.com>; Jim Etheridge <jim@etheridgelaw.com>
**Subject:** RE: WSOU Investments v. Microsoft

Good Morning Barry,

We plan to have the summonses issue today.  The answer date will then be 60 days later, which I calculate as Monday, August 3, 2020.
Please confirm and thank you for reaching out.
Look forward to working with you.

Cordially,
Jim

---

**From:** Barry Shelton <bshelton@sheltoncoburn.com>
**Sent:** Thursday, June 4, 2020 12:22 AM
**To:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>
**Cc:** Elise Freeland <elise@etheridgelaw.com>
**Subject:** RE: WSOU Investments v. Microsoft

Jim,

Per FRCP 4(d)(3), waiving service of the summons automatically provides the defendant with 60 days to answer. Please confirm that once the summonses are issued that you want Microsoft to waive service of the summonses and I'll file AO399s in all the cases.

Regards,

Barry

---

**From:** Jim Etheridge <jim@etheridgelaw.com>
**Sent:** Wednesday, June 3, 2020 10:43 PM
**To:** Barry Shelton <bshelton@sheltoncoburn.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>
**Cc:** Elise Freeland <elise@etheridgelaw.com>; Jim Etheridge <jim@etheridgelaw.com>
**Subject:** RE: WSOU Investments v. Microsoft

Hi Barry,

Thank you for your email.  We will be requesting summons tomorrow. As before, WSOU will agree to a 45-day extension of time to answer in each of the cases if MS will waive service of the

summonses.  As such please send the executed AO399s in each of the cases to waive service of the summonses.

Cordially,
Jim

---

**From:** Barry Shelton <bshelton@sheltoncoburn.com>
**Sent:** Wednesday, June 3, 2020 3:33 PM
**To:** Jim Etheridge <jim@etheridgelaw.com>; Ryan Loveless <ryan@etheridgelaw.com>; Travis Richins <travis@etheridgelaw.com>
**Subject:** RE: WSOU Investments v. Microsoft

Jim,

Microsoft will waive service of the summonses in the 12 newly-filed cases as we did last time, but I noticed that you haven't requested the summonses. Let me know if you want to discuss. Thanks,

Barry

---

**From:** Barry Shelton
**Sent:** Thursday, May 7, 2020 10:03 AM
**To:** jim@etheridgelaw.com; ryan@etheridgelaw.com; travis@etheridgelaw.com
**Subject:** WSOU Investments v. Microsoft

Counsel:

Regards,

Barry

**Barry K. Shelton | Partner**
Shelton Coburn LLP
311 RR 620 S, Suite 205
Austin, Texas 78734-4775
T: (512) 263-2165 **|** F: (512) 263-2166 **|** M: (512) 517-9998
bshelton@sheltoncoburn.com | www.sheltoncoburn.com