IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-458-ADA |

**ORDER GRANTING DEFENDANT'S OPPOSED
FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

This Court, having considered Defendant's Opposed First Motion for Extension of Time to File Answer (the "Motion"), Plaintiff's Response and any Reply thereto, hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to September 3, 2020.

SIGNED this _____ day of _____ 2020.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE