# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-458 |
| Plaintiff, | | **JURY TRIAL DEMANDED** |
| v. | | |
| MICROSOFT CORPORATION | | |
| Defendant. | | |

## ORDER DENYING MICROSOFT'S MOTION
## FOR AN ADDITIONAL EXTENSION OF TIME

This Court, having considered the briefing on Microsoft's Opposed Motion for an additional extension of time, hereby DENIES the Motion.

SIGNED this _____ day of _____ 2020.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1