AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:20-CV-458-ADA |
| MICROSOFT CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION                                                                .

Date:     09/03/2020

/s/ Michael J. Bettinger
*Attorney's signature*

Michael J. Bettinger, CA 122196
*Printed name and bar number*

Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA, 94104

*Address*

mbettinger@sidley.com
*E-mail address*

(415) 772-1200
*Telephone number*

(415) 772-7400
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive electronic notices.

<u>/s/ Michael J. Bettinger</u>
MICHAEL J. BETTINGER