AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:20-CV-458-ADA |
| MICROSOFT CORPORATION | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION                                                                            .

Date:  09/03/2020                                                    /s/ Richard A. Cederoth
  *Attorney's signature*

  Richard A. Cederoth, IL 6185199
  *Printed name and bar number*

  Sidley Austin LLP
  1 S Dearborn
  Chicago, IL, 60603

  *Address*

  rcederoth@sidley.com
  *E-mail address*

  (312) 853-7000
  *Telephone number*

  (312) 853-7036
  *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive electronic notices.

/s/ Richard A. Cederoth
RICHARD A. CEDEROTH