AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-CV-458-ADA |
| MICROSOFT CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION              .

Date:  09/03/2020                                   /s/ John W. McBride
                                                     *Attorney's signature*

                                                    John W. McBride, IL 6294453
                                                    *Printed name and bar number*

                                                    Sidley Austin LLP
                                                    1 S Dearborn
                                                    Chicago, IL, 60603
                                                    *Address*

                                                    jwmcbride@sidley.com
                                                    *E-mail address*

                                                    (312) 853-7000
                                                    *Telephone number*

                                                    (312) 853-7036
                                                    *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive electronic notices.

/s/ John W. McBride
JOHN W. MCBRIDE
