AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WSOU INVESTMENTS, LLC )<br>*Plaintiff* )<br>v. )<br>MICROSOFT CORPORATION )<br>*Defendant* ) | Case No.  6:20-CV-458-ADA |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION                                                                                          .

Date:   09/03/2020

/s/ Irene Yang
*Attorney's signature*

Irene Yang, CA 245464
*Printed name and bar number*

Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA, 94104
*Address*

irene.yang@sidley.com
*E-mail address*

(415) 772-1200
*Telephone number*

(415) 772-7400
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive electronic notices.

/s/ Irene Yang
IRENE YANG
