# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 6:20-cv-00458<br><br>**JURY TRIAL DEMANDED** |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT MICROSOFT CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Microsoft Corporation ("Microsoft") states that it is a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 3, 2020

Respectfully submitted,

/s/ *Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)
(512) 263-2166 (Facsimile)

Michael J. Bettinger
Irene Yang
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
mbettinger@sidley.com
irene.yang@sidley.com

(415) 772-1200 (Telephone)
(415) 772-7400 (Facsimile)

Richard A. Cederoth
John W. McBride
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
rcederoth@sidley.com
jwmcbride@sidley.com
(312) 853-7000 (Telephone)
(312) 853-7036 (Facsimile)

*Attorneys for Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

  I certify that on September 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Barry K. Shelton*  
Barry K. Shelton
