# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00458-ADA |
| Plaintiff, | § § | |
| v. | § § § | PATENT CASE |
| MICROSOFT CORPORATION, | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF READINESS

Pursuant to the Standing Order Regarding Notice of Readiness in Patent Cases issued by this Court, Plaintiff hereby notifies the Court that this case is ready for an initial Case Management Conference.

The following cases in this District are related in that they involve the same Plaintiff and the same Defendant. However, the patents asserted are unique to each case and unrelated to each other.

    6:20-CV-00454-ADA
    6:20-CV-00455-ADA
    6:20-CV-00456-ADA
    6:20-CV-00457-ADA
    6:20-CV-00458-ADA
    6:20-CV-00459-ADA
    6:20-CV-00460-ADA
    6:20-CV-00461-ADA
    6:20-CV-00462-ADA
    6:20-CV-00463-ADA
    6:20-CV-00464-ADA
    6:20-CV-00465-ADA

Dated: September 4, 2020                    Respectfully submitted,

                                                  */s/ Ryan S. Loveless*
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296
Brett A. Mangrum
Texas State Bar No. 24065671
Jeffrey Huang
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Brett@EtheridgeLaw.com
JeffH@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via email in accordance with the Federal Rules of Civil Procedure on September 4, 2020.

                                                  */s/ Ryan S. Loveless*
Ryan S. Loveless