# EXHIBIT 3

| Attorney or Party without Attorney:<br>Irene Yang, Esq.<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone No:   (415) 772-1200<br>Attorney For:   Defendant | | **For Court Use Only** |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Western District of Texas | | |
| Plaintiff:   WSOU Investments, LLC<br>Defendant:   Microsoft Corporation | | |

| **PROOF OF SERVICE** | Hearing Date:<br>4/30/21 | Time:<br>5:00pm | Dept/Div: | Case Number:<br>6:20-cv-00454, 6:20-cv-00455, 6:20-cv-00456, 6:20-cv-00458, 6:20-cv-00459, 6:20-cv-00460, 6:20-cv-00461, 6:20-cv-00462, 6:20-cv-00463, 6:20-cv-00464 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. *a.   Party served:*      Wade & Company (USA) Inc.
   *b.   Person served:*   Marc Wade, Registered Agent , Caucasian , Male , Age: 40/50 , Hair: Brown , Height: 6'2" , Weight: 200

4. *Address where the party was served:*    1413 Emerald Bay, Laguna Beach, CA 92651

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 09 2021 (2) at: 06:00 PM

   Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Federico Avila (5027, Orange)
   b. **FIRST LEGAL**
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

04/12/2021
_____                    _____
*(Date)*                                                          *(Signature)*



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF<br>SERVICE** | *5552269*<br>*(341265)* |
|---|---|---|

| Attorney or Party without Attorney:<br>Irene Yang, Esq.<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>  Telephone No:  (415) 772-1200 | | For Court Use Only |
|---|---|---|
| Attorney For:  Defendant | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Western District of Texas | | |
| Plaintiff:  WSOU Investments, LLC<br>Defendant:  Microsoft Corporation | | |

| PROOF OF SERVICE | Hearing Date:<br>5/14/21 | Time:<br>9:00am | Dept/Div: | Case Number:<br>6:20-cv-00454, 6:20-cv-00455, 6:20-cv-00456, 6:20-cv-00458, 6:20-cv-00459, 6:20-cv-00460, 6:20-cv-00461, 6:20-cv-00462, 6:20-cv-00463, 6:20-cv-00464 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Subpoena to Testify at a Deposition in a Civil Action

3.  *a.  Party served:*     Wade & Company (USA) Inc.
    *b.  Person served:*   Marc Wade, Registered Agent, Caucasian , Male , Age: 40/50 , Hair: Brown , Height: 6'2" , Weight: 200

4.  *Address where the party was served:*    1413 Emerald Bay, Laguna Beach, CA 92651

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 09 2021 (2) at: 06:00 PM

    Witness fee paid: $40.00

Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Federico Avila (5027, Orange)
   **b. FIRST LEGAL**
     600 W. Santa Ana Blvd., Ste. 101
     SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

7.  ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

    04/12/2021
    *(Date)*                                        *(Signature)*



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF<br>SERVICE** | *5552275*<br>*(341266)* |
|---|---|---|