AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:20-CV-00458-ADA |
| MICROSOFT CORPORATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU INVESTMENTS, LLC     .

Date:   01/05/2022

/s/ Anna C. Coll
*Attorney's signature*

Anna C. Coll, CA Bar No. 337548
*Printed name and bar number*

SUSMAN GODFREY, LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067

*Address*

acoll@susmangodfrey.com
*E-mail address*

(310) 789-3100
*Telephone number*

(310) 789-3150
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 5th day of January, 2022, the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                                  /s/ *Anna C. Coll*
                                                  Anna C. Coll